**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ROBERTO ESCORCIA RESENDIZ,<br>*Plaintiff*<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>Case No. SA-26-CV-04421-XR |

## ORDER

Before the Court is Petitioner's Motion for Voluntary Dismissal Without Prejudice (ECF No. 5). Having considered the motion, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Voluntary Dismissal is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS FURTHER ORDERED** that each party shall bear its own costs, expenses, and attorney's fees. The Clerk is **DIRECTED** to close this case.

**SIGNED** this 5th day of November, 2026.



XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE